IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| THE ORIGINAL TALK RADIO NETWORK, INC., an Oregon corporation, TALK RADIO NETWORK ENTERPRISES, LLC, an Oregon limited liability Company, TALK RADIO NETWORK ENTERTAINMENT, INC., an Oregon corporation, TALK RADIO NETWORK-FM, INC., a Delaware corporation, AMERICA'S RADIO NEWS NETWORK, a Nevada Corporation,<br><br>    Plaintiffs and<br>    Counter-claim<br>    Defendants,<br><br>  v.<br><br>JOSEPH M. ALIOTO, individually and doing business as the ALIOTO LAW FIRM,<br><br>    Defendant and<br>    Counter-claim<br>    Plaintiff. | No. 1:13-cv-00759-PA<br>**ORDER** |

**PANNER, J.**

Pursuant to my Order of March 14, 2014 (#83), the parties have submitted Statements of Reasons for the proposed depositions

1 - ORDER

(## 84, 86). I have reviewed those filings and the supporting declarations and I rule as follows:

Plaintiffs may take the depositions of the following witnesses: Jamie Miller, Theresa Moore, Thomas Pier, Linda Blum, and John Boone. The depositions are to take place beginning on April 10, 2014, at the Alioto Law Firm offices in San Francisco, California. Defendant shall arrange for a court reporter to be present.

Defendant has not made a sufficient showing to justify an order compelling the depositions of Chris Cauble, Rachele Selvig, or James Buchal at this time. Defendant may take the depositions of the following witnesses: Michael Savage, Andrea Tantaros, Laura Ingraham, and Phil Hendrie. Defendant may take those depositions at a place convenient to the witnesses and Defendant shall be responsible for arranging for a court reporter to be present.

As previously ordered, the parties may, by mutual agreement, adjust the dates, times, and places of the above mentioned depositions. Otherwise, the dates, times, and places of the above mentioned depositions are firm.

IT IS SO ORDERED.

DATED this ___2___ day of April, 2014.

*Owen M. Panner*
Owen M. Panner
United States District Judge

2 - ORDER